Case 1:11-cv-01759-AWI-MJS   Document 8   Filed 11110111   Page 1 of 8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CAI-IFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSEDORDER**

James McDonald

       Plaintiff,

            Case No. 1:11-CV-01759-AWI-MJS

v.

 Schwan's Home Service, Inc., a
Minnesota corporation,

       Defendant.

   I, Alan L. Rupe, attorney for Schwan's Home Service, Inc., a Minnesota corporation, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

   My business address is:

| | |
|---|---|
| Firm Name: | Kutak Rock LLP |
| Address: | 1605 N. Waterfront, Suite 150 |
| City: | Wichita |
| State: | Kansas ZIP Code: 67206 |
| Voice Phone: | (316) 609-7900 |
| FAX Phone: | (316) 630-8021 |
| Internet E-mail: | alan.rupe@kutakrock.com |
| Additional E-mail: | wichita.L&E@kutakrock.com |
| I reside in City: | Wichita  State: Kansas |

I was admitted to practice in the US District Court, District of Kansas on ~~September 30,~~ *September 12, 1975* ~~1994;~~ I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court. *OTHER COURT ADMISSIONS ARE ATTACHED.*

I have / (have not) concurrently or within the year preceding this application made a pro **hac** vice application to this court. (If you have made a pro **hac** vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           Gary N. Lento, Bar No. 225118

Firm Name:      Baker Manock & Jensen, PC

Address:        5260 N. Palm Avenue, Fourth Floor

City:           Fresno

State:          CA      ZIP Code: 93704

Voice Phone:    (559) 432-5400

FAX Phone:      (559) 432-5620

E-mail:         glento@bakermanock.com

Dated: 11/3/11            Petitioner: _____

Case 1:11-cv-01759-AWI -MJS   Document 8   Filed 11/10/11   Page 3 of 8

**ORDER**

IT IS SO ORDERED.

Dated: 11/16/11

_____
JUDGE, U.S. DISTRICT COURT

## ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE

Beginning January 3, 2005, all cases filed and pending in the Eastern District of California are subject to electronic filing, service (ECF) and electronic case storage procedures (CM). This form shall be used to register for accounts on the Court's Electronic Case File (ECF) system which permits electronic filing.

By submitting this Petition to Appear Pro **Hac** Vice and ECF Registration Form, I understand:

**1.** Registration herein is for ECF use only in cases proceeding in the U.S. District Court for the Eastern District of California.

2. Each attorney who is wishes to appear in the Eastern District pro **hac** vice must complete and sign an Attorney Registration Form. An attorney's password issued by the court combined with the attorney's identification (login), serves as and constitutes the attorney signature. Therefore, an **attorney/participant** must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the **attorney/participant** to immediately notify the court. The court will immediately delete the password from the electronic filing system and issue a new password.

**3.** Unless an attorney expressly declines to consent (<u>see</u> below) registration as a Filing User constitutes: (1) consent to receive service electronically and waiver of the right to receive service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D). Note: Service of Summons and Complaint pursuant to Federal Rule of Civil Procedure 4 are not encompassed by electronic service. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Service by electronic means is complete upon transmission of the Notice of Electronic Filing.

**4.** A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. PACER involves a separate, free registration. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER **website** (http://pacer.psc.uscourts.gov).

**5.** By this registration, I understand that the specific procedures which control electronic filing can be found in the Local Rules and CMIECF User's Manual, all of which can be accessed on the Court's **website**. Please periodically access these Rules and Manual in order to understand electronic filing requirements, and any changes which may be later implemented. Serious **and/or** sustained failure to abide by those procedures may result in a termination of electronic filing privileges which are a prerequisite to practice in the Eastern District.

Notice Regarding Non-Consent to Electronic Service. An attorney may expressly forego consenting to service and receipt of filed documents by electronic service pursuant to Federal Rule of Civil Procedure 5(b)(2)(D). This decision not to consent must be by separate document in writing addressed to the Office of the Clerk. Parties not consenting to electronic service must serve by the other methods specified in Rule 5.

The court strongly urges that all attorneys consent to serve and receive service of filed documents by means of electronic service. There is no significant downside to such consent and universal participation in electronic service will benefit all concerned. Failure to consent to electronic service does not relieve attorneys of the obligation to file documents electronically when required to do so or otherwise abide by **CM/ECF** procedures.

## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### DISTRICT OF KANSAS

TIMOTHY M O'BRIEN
CLERK
INGRID A. CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-6719

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 285-2610

Kansas City, Kansas
October 27, 2011

To Whom It May Concern:

RE:   Alan L. Rupe
      United States District Court for the District of Kansas
      Attorney ID No. 08914

Enclosed for your information and file is a Certificate of Good Standing in connection with the above-referenced attorney.

Further, please be advised that this office knows of no grievances or other charges filed in the last five years against this attorney.

Sincerely,

TIMOTHY M. O'BRIEN, CLERK

*Marla Gonzales*

Marla Gonzales
Deputy Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF     KANSAS

**CERTIFICATE OF GOOD STANDING**

I,     TIMOTHY M. O'BRIEN    , *Clerk of this Court)*

*certify that*     Alan L. Rupe    , *Bar #*     08914    ,

*was duly admitted to practice in this Court on*

    September 12, 1975    , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*     Kansas City, Kansas     *on*     October 27, 2011    .
LOCATION     DATE

TIMOTHY M. O'BRIEN
CLERK

*Marla Gonzales*
DEPUTY CLERK

## Court Admissions
## Wichita, KS Attorneys

*Alan L. Rupe*
*State/Court Admissions*

| Jurisdiction | Date Admitted | Bar Number |
|---|---|---|
| **State** | | |
| State of Kansas | 09/12/1975 | 08914 |
| State of Missouri | 02/10/2004 | 56013MO |
| State of Oklahoma | 04/04/2005 | 20440 |
| State of Texas | 09/14/2000 | 24028461 |
| State of Arkansas | 07/01/2008 | 2008115 |
| State of Montana (pending) | | |
| **Federal Courts of Appeals** | | |
| U.S. Court of Appeals, Fifth Circuit | 01/18/1994 | |
| U.S. Court of Appeals, Sixth Circuit | 04/12/2007 | |
| U.S. Court of Appeals, Eighth Circuit | 12/10/2004 | 04-0787 |
| U.S. Court of Appeals, Tenth Circuit | 06/10/1979 | |
| **Federal Courts** | | |
| U.S. District Court, Eastern and Western Districts of Arkansas | 06/29/2007 | |
| U.S. District Court for the District of Colorado | 09/30/1997 | |
| U.S. District Court for the District of Kansas | 09/12/1975 | 08914 |
| U.S. District Court, Eastern District of Missouri | 08/24/2005 | |
| U.S. District Court, Western District of Missouri | 07/22/2004 | KS-000473 |
| U.S. District Court, Eastern District of Texas | 11/01/2005 | |
| U.S. District Court, Northern District of Texas | 12/28/2004 | 24028461 |
| U.S. District Court, Western District of Texas | 8/6/2010 | 24028461 |
| U.S. District Court, Southern District of Texas | 7/28/2011 | 342634 |
| U.S. District Court, Northern District of Oklahoma | 07/13/2006 | 20440 |
| U.S. District Court, Western District of Oklahoma | 06/01/2006 | 06-82 |
| U.S. Supreme Court | 11/30/1981 | |

1  Gary N. Lento            #225118
   Andrew H. Woo            #261120
2  BAKER MANOCK & JENSEN, PC
   5260 North Palm Avenue, Fourth Floor
3  Fresno, California 93704
   Telephone: 559.432.5400
4  Facsimile: 559.432.5620

5  Attorneys for  Defendant SCHWAN'S HOME SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| JAMES McDONALD, | Case No. 11-CV-01759-AWI-MJS |
|---|---|
| Plaintiff, | |
| v. | **CONSENT TO DESIGNATION BY ALAN L. RUPE, ESQ.** |
| SCHWAN'S HOME SERVICE, INC., a Minnesota corporation; and DOES 1-20, inclusive, | |
| Defendants. | |

I hereby consent to my designation by Alan L. Rupe, Esq., as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers shall be served.

DATED: November 9, 2011

BAKER MANOCK & JENSEN, PC

By: _____
Gary N. Lento
Attorneys for Defendant SCHWAN'S HOME SERVICE, INC.

1030536v1 117710.0001

CONSENT TO DESIGNATION BY ALAN L. RUPE, ESQ.